## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| The Carlyle Group, et al, <br><br>            Petitioner, <br><br>        v. <br><br> Sound Security, Inc., <br><br>            Respondent. | No.   1:09-mc-00258-HHK-JMF |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties agree, and this Court hereby approves, to the following Stipulation and Order dismissing without prejudice:

(a)     the Joint Motion to Quash Subpoena filed by Petitioners Sonitrol Holding Corporation, Sonitrol Holding LLC, The Stanley Works, Stanley Security Solutions, Inc., Stanley Convergent Security Solutions, Inc., The Carlyle Group, Securityco Solutions, Inc., Sonitrol Franchise Company, LLC, Carlyle Ventures Partners II, LP against Respondent Sound Security, Inc.

It is accordingly **ORDERED, ADJUDGED AND DECREED** as follows:

Petitioners' Joint Motion to Quash Subpoena is dismissed without prejudice this 28th day of  July, 2009.

_____
            Judge, United States District Court

AGREED TO AND SUBMITTED BY:

July 27, 2009

/s/ Allen M. Gardner_____
Allen M. Gardner
DC Bar No. 456723
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC  20004
(202) 637-2200
allen.gardner@lw.com

Mark Edward Chopko
DC Bar No. 410353
Stadley, Ronon, Steven & Young LLP
1220 19th Street, NW
Suite 600
Washington, DC 20036
(202) 419-8410
mchopko@stradley.com

*Attorneys for Petitioners*


and

/s/ Gordon S. Woodward_____
Gordon S. Woodward
D.C. Bar No. 452626
Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW
Suite 550
Washington, DC 20001
(202) 419-4215
gwoodward@schnader.com

Susan Ford
Admitted *Pro Hac Vice*
Bullivant House Bailey PC
888 SW Fifth Avenue
Suite 300
Portland, OR 97204
(503) 499-4536
susan.ford@bullivant.com

*Attorneys for Respondent*